**NOT FOR PUBLICATION**                                              **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HUBBARD, *et al.*, | Civil Action No. 16-3006 (CCC-JBC) |
| Plaintiffs, | **ORDER** |
| v. | |
| ADONIS DIAZ, *et al.*, | |
| Defendants. | |

This matter comes before the Court by way of Defendants' objection to Magistrate Judge James B. Clark's Report and Recommendation dated December 2, 2016, granting Plaintiffs' motion to remand this matter to state court. For the reasons set forth in the Opinion filed herewith,

IT IS on this __31__ day of __January__, 2017

**ORDERED** that Defendant's objections to Judge Clark's Report and Recommendation are overruled; and it is further

**ORDERED** that Judge Clark's Report and Recommendation is hereby adopted in full; and it is further

**ORDERED** that this case be remanded to the New Jersey Superior Court, Essex County; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.